**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Tawanda Allen, Petitioner.

Appellate Case No. 2014-002245

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Williamsburg County
The Honorable Clifton Newman, Circuit Court Judge

---

Memorandum Opinion No. 2016-MO-001
Heard December 1, 2015 – Filed January 6, 2016

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Chief Appellate Defender Robert M. Dudek, of Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney General Alphonso Simon, Jr., all of Columbia;

and Ernest A. Finney, III, of Sumter, all for Respondent.

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *State v. Allen*, Op. No. 2014-UP-304 (S.C. Ct. App. filed July 30, 2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice Jean H. Toal, concur.**